## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

EX REL SIX TRAILERS, THOMAS E. BOMBADIL, TIMOTHY D. PARR

v.

GAIL GUSTAFSON, ERNEST M. GUSTAFSON, JR., R AND G CONTRACTORS

PETITION OF: TIMOTHY D. PARR

: No. 262 MAL 2022
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

**AND NOW**, this 29th day of November, 2022, the Motion to Amend Petition for Allowance of Appeal is **GRANTED** and the Petition for Allowance of Appeal is **DENIED**.